Prob 12C
(6/19)

# UNITED STATES DISTRICT COURT
for the District of Maine
**Petition for Warrant or Summons for Offender under Supervision**

---

## SUPERVISED RELEASE VIOLATION COVER SHEET

**Name**: Adilson Reyes

**Y/O/B**: 1981

**Offense(s) of Conviction and Classification**:

    **Count 1**: Murder in the First Degree, Aiding and Abetting; 18 U.S.C. §§ 1111, 2(a), Class A Felony

    **Count 2**: Conspiracy to Murder; 18 U.S.C. § 1117, Class A Felony

**Original Sentence**: 60 Months Imprisonment; five (5) Years supervised release

**Date Imposed**: April 29, 2024

**Available Penalties for Current Violation (with statutory reference)**:

    **Imprisonment**: No more than five (5) years; 18 U.S.C. 3583(e)(3)

    **Additional Period of Release**: Five (5) years less any period of incarceration imposed; 18 U.S.C. § 3583(h)

**Supervising U.S. Probation Officer**: Kate M. Phillips